UNITED STATES OF DISTRICT COURT
OF THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NP RODEO HOLDINGS, LLC, <br> DBA LUNA LODGE <br> Plaintiff, <br> <br> VS. <br> <br> NAUTILUS INSURANCE COMPANY <br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## NOTICE OF REMOVAL

Defendant Nautilus Insurance Company ("Defendant" and/or "Nautilus") files this Notice of Removal of the above-styled action pursuant to 28 U.S.C. § 1446(a) and would respectfully represent and show unto this Court the following:

### A. Introduction

1. Pursuant to Local Rules 3.1 and 81.1, Defendant files its Civil Cover Sheet (Exhibit "A").

2. On or about June 18, 2021, Plaintiff NP Rodeo Holdings, LLC d/b/a Luna Lodge ("Plaintiff") initiated the state court lawsuit against Nautilus in the 298th District Court of Dallas County, Texas styled *NP Rodeo Holdings, LLC d/b/a Luna Lodge v. Nautilus Insurance Company* pending as Cause No. DC-21-07802 ("the state court action"). In the state court action, Plaintiff seeks actual damages for breach of contract, violations of the Texas Insurance Code, breach of the duty of good faith and fair dealing, and violations of the Deceptive Trade Practices. Plaintiff also seeks attorney's fees, treble damages, and statutory interest. *See Plaintiff's Original Petition*, attached hereto as Exhibit "B".

3. The attorneys involved in the action being removed are listed as follows:

| **Party and Party Type** | **Attorney(s)** |
|---|---|
| NP Rodeo Holdings LLC | Preston J. Dugas, III |

|   |   |
|---|---|
| d/b/a Luna Lodge - Plaintiff | Texas Bar No. 24050189 |
|  | Preston Dugas Law Firm, PLLC |
|  | 1701 River Run, Suite 703 |
|  | Fort Worth, Texas 76107 |
|  | 817-945-3061 – Phone |
|  | 682-219-0761 – Fax |
| Nautilus Insurance |  |
| Company - Defendant | Randall G. Walters |
|  | Texas Bar No. 20819480 |
|  | Walters, Balido & Crain, L.L.P. |
|  | Meadow Park Tower |
|  | 10440 N. Central Expy, Suite 1500 |
|  | Dallas, TX 75231 |
|  | Telephone (214) 749-4805 |
|  | Facsimile: (214) 760-1670 |
|  | Randy.walters@wbclawfirm.com |

4. The name and address of the court from which the case is being removed is as follows:

The Honorable Emily Tobolowsky
298th District Court
600 Commerce Street
8th Floor New Tower
Dallas, Texas 75202
214-653-6781

5. In compliance with Federal Rule of Civil Procedure 7.1(a) and Local Rule 7.4 of this Court, Nautilus files its Certificate of Interested Persons concurrently with the filing of this Notice of Removal and is attached hereto as Exhibit "C".

B. Notice of Removal Timely

6. Nautilus received a copy of Plaintiff's suit on July 21, 2021. *See* Exhibit "B". Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after receipt by Defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which the action or proceeding is based. Consequently, this Notice of Removal is timely.

### C. Basis for Removal of Claims Against Nautilus

7.     Pursuant to the state court action, Plaintiff is a citizen of the State of Texas, located in Dallas County, Texas. Defendant Nautilus Insurance Company is now, and was at all times relevant hereto, a citizen of the state of Arizona, incorporated in the state of Arizona, and having its principal place of business in the state of Arizona.

8.     Removal of Plaintiff's claims against Nautilus is proper under 28 U.S.C. § 1332(a) because there is complete diversity between the parties and the amount in controversy exceeds $75,000.00, exclusive of interest, costs, and attorney's fees.

9.     Plaintiff's Original Petition alleges actual damages and seeks attorney's fees, treble damages, and statutory interest. Exhibit "B"; ¶¶ 30, 42, 49, 53.

10.    In determining the amount in controversy, the court may consider "policy limits ... penalties, statutory damages, and punitive damages." *St. Paul Reinsurance Co., Ltd. v. Greenberg*, 134 F.3d 1250, 1253 (5th Cir. 1998); *see Ray v. State Farm Lloyds*, No. CIV.A.3:98-CV-1288-G, 1999 WL 151667, at *2-*3 (N.D. Tex. Mar. 10, 1999) (finding a sufficient amount in controversy in plaintiff's case against their insurance company for breach of contract, fraud, negligence, gross negligence, bad faith, violations of the Texas Insurance Code, violations of the Texas Deceptive Trade Practices Act, and mental anguish); *Fairmont Travel, Inc. v. George S. May Int'l Co., et al.*, 75 F.Supp.2d 666, 668 (S.D. Tex. 1999) (considering DTPA claims and the potential for recovery of punitive damages for the amount in controversy determination); *Chittick v. Farmers Ins. Exchange*, 844 F.Supp. 1153, 1155 (S.D. Tex. 1994) (finding a sufficient amount in controversy after considering the nature of the claims, the types of damages sought, and the presumed net worth of the defendant in a claim brought by the insureds against their insurance company for actual and punitive damages arising from a claim they made for roof damages).

### E. Filing of Notice with State Court

11. Promptly after filing this Notice of Removal, Nautilus will give written notice of the removal to Plaintiff through its attorney of record and to the clerk of the state court action.

of record and to the clerk of the state court action.

### PRAYER

12. WHEREFORE, PREMISES CONSIDERED, Defendant Nautilus Insurance Company requests that this Court proceed with the handling of this cause of action as if it had been originally filed herein, that this Court make such orders, if any, and take such action, if any, as may be necessary in connection with the removal of the state court action to this Court, and that it have such other and further relief to which it may show itself entitled.

Respectfully submitted,

**WALTERS, BALIDO & CRAIN, L.L.P.**

BY: /s/ Randall G. Walters
RANDALL G. WALTERS - 20819480
Meadow Park Tower
10440 N. Central Expy, Suite 1500
Dallas, Texas 75231
214/347-8381 - FAX
214/347-8380 - DIRECT
214/749-4805 - MAIN
Email: randy.walters@wbclawfirm.com
**ATTORNEY FOR DEFENDANT
NAUTILUS INSURANCE COMPANY**

### CERTIFICATE OF SERVICE

This is to certify that on the 16th day of August, 2021, a true and correct copy of the above and foregoing was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure.

/s/ Randall G. Walters
RANDALL G. WALTERS