UNITED STATES OF DISTRICT COURT
OF THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NP RODEO HOLDINGS, LLC, <br> DBA LUNA LODGE <br>     Plaintiff, <br><br> VS. <br><br> NAUTILUS INSURANCE COMPANY <br>     Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br><br><br><br>Civil Action No. 3:21-cv-1901-G |

## AGREED STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Plaintiff NP Rodeo Holdings, LLC d/b/a Luna Lodge ("Plaintiff") and Defendant Nautilus Insurance Company ("Defendant") (collectively "the Parties"), hereby give notice of their Agreed Stipulation of Dismissal with prejudice of all claims asserted by Plaintiff herein against Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1), and would respectfully show the Court as follows:

Plaintiff initiated this action by filing certain claims against Defendant as reflected by the pleadings on file herein. Defendant has appeared in the suit. Plaintiff and Defendant stipulate the claims of Plaintiff against Defendant are hereby voluntarily dismissed with prejudice. Plaintiff no longer desires to pursue this case against Defendant and seeks to dismiss its claims against Defendant with prejudice to re-filing same.

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Defendant desire a Stipulation of Dismissal be entered by this Court, with prejudice, with respect to all of Plaintiff's claims against Defendant, it being the intent of the parties to fully dismiss Defendant from these proceedings with each party bearing its own costs. The parties acknowledge this voluntary dismissal by stipulation is effective upon filing.

WHEREFORE PREMISES CONSIDERED, Plaintiff NP Rodeo Holdings LLC d/b/a Luna Lodge and Defendant Nautilus Insurance Company request that a Stipulation of Dismissal with prejudice be entered for all claims of the Plaintiff against Defendant.

Respectfully submitted,

**WALTERS, BALIDO & CRAIN, L.L.P.**

BY: */s/Randall G. Walters*
RANDALL G. WALTERS - 20819480
Meadow Park Tower, Suite 1500
10440 North Central Expressway
Dallas, Texas 75231
214/347-8381  - FAX
214/347-8380 - DIRECT
214/749-4805 - MAIN
randy.walters@wbclawfirm.com
**ATTORNEY FOR NAUTILUS INSURANCE COMPANY**


*/s/ W. Lee Calhoun*
W. LEE CALHOUN
Texas State Bar No. 24078300
lcalhoun@dcclawfirm.com
Michelle "Shelly" Calhoun
Texas State Bar No. 24068246
scalhoun@dcclawfirm.com
**Of Counsel Attorney to**
**Dugas Cheek & Circelli, PLLC**
1701 River Run, Suite 703
Fort Worth, Texas 76107

AND

Preston J. Dugas III
Texas State Bar No. 24050189
pdugas@dcclawfirm.com
**DUGAS, CHEEK & CIRCELLI, PLLC**
1701 River Run, Suite 703
Fort Worth, Texas 76107
Telephone:     (817) 945-3061
Facsimile:      (682) 219-0761
**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      This is to certify that on this the 11th day of January 2023 a true and correct copy of the above document has been forwarded to all counsel of record.

                                  */s/Randall G. Walters*_____
                                  RANDALL G. WALTERS