UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NP RODEO HOLDINGS, LLC d/b/a LUNA LODGE,    ) ) ) Plaintiff,    ) ) VS.    ) ) NAUTILUS INSURANCE COMPANY,    ) ) Defendant.    ) ) ) ) ) | CIVIL ACTION NO. 3:21-CV-1901-G |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the court is the parties' agreed stipulation of dismissal with prejudice of all claims asserted by the plaintiff against the defendant. *See* docket entry 37.

Accordingly, it is **ORDERED**, **ADJUDGED**, and **DECREED** that all of the plaintiff's claims and causes of action against the defendant are hereby **DISMISSED WITH PREJUDICE** to refiling same.

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that each party shall bear its own costs.

**SO ORDERED**.

January 11, 2023.

_____
**A. JOE FISH**
**Senior United States District Judge**